No. 75–6021. Woods v. Harden, Commissioner, Department of Human Resources, et al. Affirmed on appeal from D. C. N. D. Ga.

No. 75–656. Haas v. Haas. Appeal from Sup. Ct. Miss. dismissed for want of a properly presented federal question.

No. 75–967. Bearden et al. v. Hardware Mutual Casualty Co. et al. Appeal from Sup. Ct. Mo. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 75–5994. Finken v. Roop, Administrator, Allentown State Hospital. Appeal from Super. Ct. Pa. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 75–1061. Western Grain Co. v. Alabama. Appeal from Ct. Civ. App. Ala. dismissed for want of substantial federal question.

No. 75–6108. Hardy v. Ohio. Appeal from Sup. Ct. Ohio dismissed for want of substantial federal question. Mr. Justice White would note probable jurisdiction and set case for oral argument.